1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11    Wayne Kramer, an individual;            Case No. 2:14 CV 08665 BRO (SHx)
      Margaret Saadi Kramer, an individual,

12              Plaintiffs,                    [PROPOSED] ORDER RE:
                                              STIPULATED PROTECTIVE
13    v.                                      ORDER FOR LITIGATION
                                              INVOLVING HIGHLY SENSITIVE
14    HYSTERIC GLAMOUR, a Japanese            CONFIDENTIAL INFORMATION
      corporation; HYSTERIC GLAMOUR          AND/OR TRADE SECRETS
15    USA, a California corporation, KEN
      KAWAMINAMI, an individual, ATOM
16    AGE INDUSTRIES, LLC, a California
      Limited Liability Company, ROBERT
17    ARCE, an individual, and DOES 1
      through 10, inclusive,
18
19              Defendants.

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY
SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS

## **ORDER**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Court has received the parties' Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets.

Having reviewed and considered the proposed Stipulated Protective Order and good cause appearing therefor, the Court hereby adopts the Stipulated Protective Order and HEREBY ORDERS that the Stipulated Protective Order shall apply to these proceedings.

IT IS SO ORDERED.

Date:        March 23, 2015

_____
United States Magistrate Judge