Heather L. Blaise, SBN 261619
**LAW OFFICE OF HEATHER L. BLAISE, P.C.**
20 N. Clark St. Suite 3100
Chicago, Illinois 60602
Telephone:   (312) 448-6602
Facsimile:    (312) 803-1940
E-Mail:        heather.blaise@gmail.com

WAYNE KRAMER and MARGARET SAADI KRAMER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Kramer, an individual;<br>Margaret Saadi Kramer, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>HYSTERIC GLAMOUR, a Japanese corporation; HYSTERIC GLAMOUR USA, a California corporation, KEN KAWAMINAMI, an individual, ATOM AGE INDUSTRIES, LLC, a California Limited Liability Company, ROBERT ARCE, an individual, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 2:14 CV 08665 BRO (SHx)<br><br>ORDER ON<br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)] |

1  Plaintiffs Wayne Kramer, an individual, and Margaret Kramer, an individual,
2  by and through their attorneys, LAW OFFICE OF HEATHER L. BLAISE, P.C.,
3  and Defendants, OZONE COMMUNITY CORP. d/b/a HYSTERIC GLAMOUR, a
4  Japanese corporation, HYSTERIC GLAMOUR USA, INC., a California
5  corporation, and KEN KAWAMINAMI, an individual, by and through their
6  attorneys, JAMES D. KOZMOR, INC., and Defendants and Counter Plaintiffs
7  ROBERT ARCE and ATOM AGE INDUSTRIES, LLC, by and through their
8  attorneys, MCLAIN, PC, HEREBY STIPULATE to the dismissal of the entire
9  action (including Plaintiffs' First Amended Complaint, Counter Plaintiffs' First
10 Amended Counterclaims and Third Party Complaint), with prejudice, pursuant to
11 Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear
12 its own attorney's fees and costs.

|  | LAW OFFICE OF HEATHER L. BLAISE, P.C. |
|---|---|
| Dated: December 10, 2015 | By: /s/ Heather L. Blaise<br>Heather L. Blaise<br>Attorneys for Plaintiffs<br>WAYNE KRAMER and<br>MARGARET SAADI KRAMER |
|  | JAMES D. KOZMOR, INC. |
|  | By: /s/ James D. Kozmor<br>James D. Kozmor<br>Attorney for Defendants<br>OZONE COMMUNITY CORP. d/b/a<br>HYSTERIC GLAMOUR,<br>HYSTERIC GLAMOUR USA, INC.<br>and KEN KAWAMINAMI |

MCLAIN, P.C.

By:   /s/ Erik M. McLain
      Erik McLain
      Attorney for Defendants and Counter Plaintiffs Atom Age Industries, LLC and Robert Arce

**IT IS SO ORDERED.**

Dated: December 15, 2015

_____
UNITED STATES DISTRICT JUDGE